## Mary Maciejewski, Appellee, v. Guy A. Richardson, Receiver et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 41,206.

opinion filed December 30, 1940; rehearing denied January 15, 1941. Frank L. Kriete, C. C. Cunningham and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; Wolfberg & Kroll and Marion J. Hannigan, for appellee. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."